## ORDER

PER CURIAM:

Appellant Robert Allison was convicted in the Circuit Court of Boone County, following a jury trial, of seven counts of delivery of a controlled substance. He was sentenced to twenty years' imprisonment on each count, with the sentences ordered to run concurrently. Allison filed a Rule 29.15 motion for post-conviction relief alleging that his trial counsel was ineffective because he failed to call Allison to testify on his own behalf, despite Allison's request. The circuit court denied Allison's post-conviction relief motion following an evidentiary hearing. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

## *ORDER*

PER CURIAM:

Howard Lake appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief. Lake sought to vacate his conviction for the class B felony driving while intoxicated (chronic offender), sections 577.010 and 577.023, RSMo Cum.Supp.2011, and sentence of ten years imprisonment. He claims that trial counsel was ineffective in failing to call a witness to testify at trial. Because an opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

---

Howard C. LAKE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74535.

Missouri Court of Appeals, Western District.

Oct. 30, 2012.

Craig A. Johnston, Columbia, for appellant.

John W. Grantham, for respondent.

---

Brenda JOHNSON, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 75114.

Missouri Court of Appeals, Western District.

Oct. 30, 2012.

Brenda Johnson, pro se.